# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHAFKER, | |
| Plaintiff(s), | Case No. 2:12-cv-01866-JCM-NJK |
| vs. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| RJM ACQUISITIONS, LLC, | |
| Defendant(s). | |

Pending before the Court is an order to show cause why counsel should not be sanctioned for failing to file a stipulated discovery plan as required by the Local Rules. *See* Docket No. 9. The Court has now reviewed their joint response. Docket No. 10. For good cause shown, the Court hereby DISCHARGES the order to show cause. The Court appreciates counsels' efforts to resolve this case without Court intervention. However, when counsel needs additional time to finalize a settlement agreement in the future, the Court expects counsel to file a request to extend the Local Rule 26-1(d) deadlines before they expire.

The parties are hereby **ORDERED** to submit a stipulation and order for dismissal no later than April 22, 2013.

IT IS SO ORDERED.

DATED: April 9, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge