MARC S. CWIK
Nevada Bar No. 006946
ADAM J. PERNSTEINER
Nevada Bar No. 7862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendant
RJM ACQUISITIONS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHAFKAR, an individual, | CASE NO. 2:12-cv-01866-JCM-NJK |
| Plaintiff, | |
| vs. | |
| RJM ACQUISITIONS, LLC, a New York limited liability corporation, | |
| Defendant. | |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DAVID CHAFKAR, by and through its attorneys, THE BOURASSA LAW GROUUP, LLC, and Defendant RJM ACQUISITIONS, LLC, by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, that the above-captioned matter may be dismissed in its entirety, WITH PREJUDICE, with each party to bear

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4836-2189-0579.1

1   its own attorney's fees and costs.

2

3   DATED this 19th day of April, 2013.        DATED this 19th day of April, 2013.

4

5   LEWIS BRISBOIS BISGAARD            THE BOURASSA LAW GROUP, LLC
    AND SMITH, LLP

6   By */s/ Marc S. Cwik*                          By:   */s/ Mark J. Bourassa*
    :
7   ———————————————                      ———————————————
      Marc S. Cwik, Esq.                              Mark J. Bourassa, Esq.
8     Nevada Bar No. 6946                          Nevada Bar No. 7999
      Adam J. Pernsteiner, Esq.                     8668 Spring Mountain Road, Suite 101
9     Nevada Bar No. 7862                          Las Vegas, Nevada 89117
      6385 S. Rainbow Blvd., #600                 *Attorneys for Plaintiff David Chafkar*
10    Las Vegas, NV 89118
      *Attorney for Defendant RJM*
11    *Acquisitions, LLC*

12

13

14

15
                                        **ORDER**
16
    **IT IS SO ORDERED.**
17

18
    DATED this _____ day of April, 2013.
19

20

21                                                 ———————————————
22                                                 U.S. DISTRICT COURT JUDGE

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW