1   MARC S. CWIK
2   Nevada Bar No. 006946
    ADAM J. PERNSTEINER
3   Nevada Bar No. 7862
    LEWIS BRISBOIS BISGAARD & SMITH LLP
4   6385 S. Rainbow Boulevard, Suite 600
5   Las Vegas, Nevada 89118
6   702.893.3383
    FAX: 702.893.3789

7

8   Attorneys for Defendant
    RJM ACQUISITIONS, LLC
9

10              UNITED STATES DISTRICT COURT

11                 DISTRICT OF NEVADA

12

13  DAVID CHAFKAR, an individual,          CASE NO. 2:12-cv-01866-JCM-NJK

14          Plaintiff,

15      vs.

16  RJM ACQUISITIONS, LLC, a New
    York limited liability corporation,
17
          Defendant.
18

19

20      **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

21          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff,

22  DAVID CHAFKAR, by and through its attorneys, THE BOURASSA LAW

23  GROUUP, LLC, and Defendant RJM ACQUISITIONS, LLC, by and through its

24  attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, that the above-captioned

25  matter may be dismissed in its entirety, WITH PREJUDICE, with each party to bear

26  / / /

27  / / /

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4836-2189-0579.1

1   its own attorney's fees and costs.

2

3   DATED this 19th day of April, 2013.      DATED this 19th day of April, 2013.

4

5   LEWIS BRISBOIS BISGAARD         THE BOURASSA LAW GROUP, LLC
    AND SMITH, LLP

6   By /s/ Marc S. Cwik                     By:  /s/ Mark J. Bourassa
    :
7   ───────────────────────                 ───────────────────────────
    Marc S. Cwik, Esq.                      Mark J. Bourassa, Esq.
8   Nevada Bar No. 6946                     Nevada Bar No. 7999
    Adam J. Pernsteiner, Esq.               8668 Spring Mountain Road, Suite 101
9   Nevada Bar No. 7862                     Las Vegas, Nevada 89117
10  6385 S. Rainbow Blvd., #600             Attorneys for Plaintiff David Chafkar
    Las Vegas, NV 89118
11  Attorney for Defendant RJM
12  Acquisitions, LLC

13

14

15
                                 ORDER
16
    IT IS SO ORDERED.
17

18
    DATED   April 24, 2013.
19

20
                              _____
21                            U.S. DISTRICT COURT JUDGE
22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4836-2189-0579.1                                    2