MARC S. CWIK
Nevada Bar No. 006946
ADAM J. PERNSTEINER
Nevada Bar No. 7862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendant
RJM ACQUISITIONS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHAFKAR, an individual, | CASE NO. 2:12-cv-01866-JCM-NJK |
| Plaintiff, | |
| vs. | |
| RJM ACQUISITIONS, LLC, a New York limited liability corporation, | |
| Defendant. | |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DAVID CHAFKAR, by and through its attorneys, THE BOURASSA LAW GROUUP, LLC, and Defendant RJM ACQUISITIONS, LLC, by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, that the above-captioned matter may be dismissed in its entirety, WITH PREJUDICE, with each party to bear

/ / /

/ / /

4836-2189-0579.1

its own attorney's fees and costs.

DATED this 19th day of April, 2013.   DATED this 19th day of April, 2013.

LEWIS BRISBOIS BISGAARD AND SMITH, LLP

THE BOURASSA LAW GROUP, LLC

By /s/ *Marc S. Cwik*

By: /s/ *Mark J. Bourassa*

Marc S. Cwik, Esq.
Nevada Bar No. 6946
Adam J. Pernsteiner, Esq.
Nevada Bar No. 7862
6385 S. Rainbow Blvd., #600
Las Vegas, NV 89118
*Attorney for Defendant RJM Acquisitions, LLC*

Mark J. Bourassa, Esq.
Nevada Bar No. 7999
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Plaintiff David Chafkar*

## ORDER

**IT IS SO ORDERED.**

DATED April 24, 2013.

_____
U.S. DISTRICT COURT JUDGE

4836-2189-0579.1

2